# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re:<br><br>RH BBQ, INC<br><br><br><br>Debtor(s) | §<br>§<br>§<br>§<br>§<br>§ | Case No. 2:18-BK-11469-BB |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Timothy J. Yoo, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> UNITED STATES BANKRUPTCY COURT
> CENTRAL DISTRICT OF CALIFORNIA
> EDWARD R. ROYBAL FEDERAL BUILDING
> 255 E. TEMPLE STREET, ROOM 940
> LOS ANGELES, CA 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 2:00 p.m. on 07/22/2020 in Courtroom 1539, U.S. Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, CA 90012. IN RESPONSE TO COVID-19, AS OF MARCH 12, 2020, AND UNTIL FURTHER NOTICE, TELEPHONIC APPEARANCES ARE ALLOWED IN ALL MATTERS EXCEPT TRIALS AND EVIDENTIARY HEARINGS.  Telephone appearances may be arranged, not later than 3:00 p.m., the day prior to the hearing by calling CourtCall at 888-882-6878, or going to http://courtcall.com/.  Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date:  06/04/2020                                      By:  /s/ Timothy J. Yoo
                                                                          Trustee

Timothy J. Yoo
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:18-BK-11469-BB |
| | § | |
| RH BBQ, INC | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $359,095.40
*and approved disbursements of*     $66,845.69
*leaving a balance on hand of[1]:*     $292,249.71

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Hana Small Business Lending, Inc. | $147,265.40 | $147,265.40 | $0.00 | $0.00 |
| 5 | Timberland Bank | $25,000.00 | $25,000.00 | $0.00 | $0.00 |
| 11 | Bank of Hope, successor-in-interest to BBCN Bank | $3,482,058.44 | $3,482,058.44 | $0.00 | $0.00 |
| 14 | QUENTIN MEATS INC | $429,170.92 | $429,170.92 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $292,249.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Timothy J. Yoo, Trustee Fees | $21,204.77 | $0.00 | $21,204.77 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| TIMOTHY J. YOO, CHAPTER 7 TRUSTEE, Trustee Expenses | $245.00 | $0.00 | $245.00 |
| LEVENE NEALE BENDER YOO & BRILL, Attorney for Trustee Fees | $45,893.00 | $0.00 | $45,893.00 |
| LEVENE NEALE BENDER YOO & BRILL , Attorney for Trustee Expenses | $1,618.24 | $0.00 | $1,618.24 |
| HAHN FIFE & COMPANY, Accountant for Trustee Fees | $8,898.00 | $0.00 | $8,898.00 |
| HAHN FIFE & COMPANY, Accountant for Trustee Expenses | $186.40 | $0.00 | $186.40 |
| UNITED STATES BANKRUPTCY COURT, Clerk of the Court Costs | $350.00 | $0.00 | $350.00 |
| Other: THOMAS SEAMAN COMPANY, Management Company for Trustee Fees | $9,315.40 | $0.00 | $9,315.40 |
| Other: FRANCHISE TAX BOARD, Other Chapter 7 Administrative Expenses | $1,730.20 | $0.00 | $1,730.20 |
| Other: United States Trustee, Other Chapter 7 Administrative Expenses | $4,875.00 | $0.00 | $4,875.00 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $94,316.01 |
| Remaining balance: | $197,933.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| LEVENE NEALE BENDER YOO & BRILL, Attorney for Trustee Fees | $86,237.50 | $0.00 | $52,359.09 |
| LEVENE NEALE BENDER YOO & BRILL, Attorney for Trustee/D-I-P Expenses | $3,057.50 | $0.00 | $1,856.36 |
| HAHN FIFE & COMPANY, Accountant for Trustee/D-I-P Fees | $44,310.00 | $0.00 | $26,902.81 |
| Other: LAW OFFICES OF JAENAM COE, Attorney for D-I-P Fees | $26,370.00 | $0.00 | $16,010.54 |
| Other: LAW OFFICES OF JAENAM COE, Attorney for D-I-P Expenses | $525.20 | $0.00 | $318.87 |
| Other: TIMOTHY J. YOO, CHAPTER 11 TRUSTEE, Trustee Fees | $69,230.07 | $0.00 | $42,033.03 |
| Other: TIMOTHY J. YOO - CHAPTER 11, Trustee Expenses | $132.60 | $0.00 | $80.50 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Other: THOMAS SEAMAN COMPANY, Management Company Fees<br>***Total Compensation: $108,560.60 x .607150 = $65,912.57 - $42,250 (interim payment) = $25,662.57** | $108,560.60 | $0.00 | $25,662.57 |
| Other: State Compensation Insurance Fund, Other Operating Expenses | $53,874.58 | $0.00 | $32,709.93 |

Total to be paid to prior chapter administrative expenses:     $197,933.70
Remaining balance:     $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,568.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | INTERNAL REVENUE SERVICE | $1,098.56 | $0.00 | $0.00 |
| 6 | Employment Development Department | $2,669.96 | $0.00 | $0.00 |
| 19 | FRANCHISE TAX BOARD | $800.00 | $0.00 | $0.00 |

Total to be paid to priority claims:     $0.00
Remaining balance:     $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,402,033.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2 | Seattle Prime Capital, Inc. | $26,292.54 | $0.00 | $0.00 |
| 3 | National Commercial Recovery Inc | $18,760.00 | $0.00 | $0.00 |
| 5a | Timberland Bank | $150,551.93 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 7 | Employment Development Department | $4,423.16 | $0.00 | $0.00 |
| 8 | RH BBQ, INC | $11,700.00 | $0.00 | $0.00 |
| 9 | U.S. Bank National Association | $31,150.31 | $0.00 | $0.00 |
| 10 | U.S. Bank National Association | $16,960.86 | $0.00 | $0.00 |
| 12 | 3731 Wilshire Blvd. | $68,432.98 | $0.00 | $0.00 |
| 13 | David S. Kim &#038; Associates | $68,432.98 | $0.00 | $0.00 |
| 15 | LB GLOBAL, INC | $4,616,467.14 | $0.00 | $0.00 |
| 18 | Employment Development Department | $645.19 | $0.00 | $0.00 |
| 22 | U.S. Bank National Association | $9,448.20 | $0.00 | $0.00 |
| 23 | Merchant Advance Pay, Inc. | $378,768.23 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $1,470.58 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1a | INTERNAL REVENUE SERVICE | $1,470.58 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ Timothy J. Yoo
Trustee

Timothy J. Yoo
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**